

# Fourth Court of Appeals
## San Antonio, Texas

November 24, 2021

No. 04-21-00206-CV

**CR+ ENTERPRISES, INC.**,
Appellant

v.

**DEUTSCHE BANK NATIONAL TRUST COMPANY**, as Trustee for Morgan Stanley ABS
Capital I Inc. Trust 2006-NC4, Mortgage Pass-Through Certificates, Series 2006-NC4,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19332
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

When we granted Appellee's first motion for an extension of time to file the brief, we set the brief due on November 12, 2021. *See* TEX. R. APP. P. 38.6(b), (d). Before the once-extended due date, Appellee filed an unopposed second motion for a 14-day extension of time to file the brief.

Appellee's motion is GRANTED. Appellee's brief is due on November 29, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court